| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | **William R Bilbruck** |
| Debtor 2 (Spouse, if filing) | **Julie K Bilbruck** |
| Unites States Bankruptcy Court for the: | **Southern District of Illinois** (State) |
| Case Number: | **17-31197** |

# Form 4100N
## Notice of Final Cure Payment 10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** US BANK NA

**Court claim no.** (if known): 2-2

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 4 4

**Property Address:** 1118 BURAN DR
OFALLON, IL  62269

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 21,518.21 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 21,518.21 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. Allowed postpetition arrearage: | (e) $ | -0- |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. **Total.** Add lines b, d, and f. | (g) $ | 21,518.21 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment    $ 1,863.84

The next postpetition payment is due on   10 / 01 / 2021
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Form 4100N                    **Notice of Final Cure Payment**                    page 1

Debtor 1    **William R Bilbruck**　　　　　　　　　　　　　　　　　Case number *(if known)*  **17-31197**
　　　　　　Name

### Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

　　　　　　　　X /s/ Russell Simon　　　　　　　　　　　　　　　　　Date  09/23/2021
　　　　　　　　　Signature

Trustee　　　Russell Simon

Address　　　24 BRONZE POINTE
　　　　　　　SWANSEA, IL  62226

Contact phone   (618) 277-0086　　　　　　　　Email   trusteesoffice@simonch13trustee.com

| Debtor 1 | **William R Bilbruck** | | Case number *(if known)* | **17-31197** |

## History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 09/28/2017 | 4056530 | Amount Disbursed To Credit | 18.02 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 10/31/2017 | 4059331 | Amount Disbursed To Credit | 18.38 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 11/30/2017 | 4062214 | Amount Disbursed To Credit | 18.32 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 12/28/2017 | 4064817 | Amount Disbursed To Credit | 18.48 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 01/31/2018 | 4067456 | Amount Disbursed To Credit | 17.99 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 02/28/2018 | 4069765 | Amount Disbursed To Credit | 29.02 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 03/29/2018 | 4072610 | Amount Disbursed To Credit | 36.20 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 04/30/2018 | 2003427 | Amount Disbursed To Credit | 36.08 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 05/31/2018 | 2003502 | Amount Disbursed To Credit | 35.54 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 06/28/2018 | 2003578 | Amount Disbursed To Credit | 35.43 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 07/31/2018 | 2003659 | Amount Disbursed To Credit | 35.31 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 08/30/2018 | 2003735 | Amount Disbursed To Credit | 35.20 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 09/27/2018 | 2003814 | Amount Disbursed To Credit | 35.93 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 10/31/2018 | 2003898 | Amount Disbursed To Credit | 35.80 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 11/29/2018 | 2003972 | Amount Disbursed To Credit | 33.98 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 12/27/2018 | 2004039 | Amount Disbursed To Credit | 33.88 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 01/31/2019 | 2004116 | Amount Disbursed To Credit | 36.41 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 02/28/2019 | 2004187 | Amount Disbursed To Credit | 34.54 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 03/28/2019 | 2004262 | Amount Disbursed To Credit | 30.04 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 04/30/2019 | 2004338 | Amount Disbursed To Credit | 33.44 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 05/30/2019 | 2004415 | Amount Disbursed To Credit | 39.45 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 06/27/2019 | 2004506 | Amount Disbursed To Credit | 34.10 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 07/31/2019 | 2004586 | Amount Disbursed To Credit | 33.98 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 08/29/2019 | 2004669 | Amount Disbursed To Credit | 33.88 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 09/30/2019 | 2004741 | Amount Disbursed To Credit | 33.89 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 10/31/2019 | 2004822 | Amount Disbursed To Credit | 34.33 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 11/26/2019 | 2004899 | Amount Disbursed To Credit | 33.29 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 12/30/2019 | 2004970 | Amount Disbursed To Credit | 33.17 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 01/30/2020 | 2005042 | Amount Disbursed To Credit | 33.06 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 02/27/2020 | 2005120 | Amount Disbursed To Credit | 32.96 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 03/31/2020 | 2005195 | Amount Disbursed To Credit | 32.84 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 04/29/2020 | 2005270 | Amount Disbursed To Credit | 25.89 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 05/28/2020 | 2005345 | Amount Disbursed To Credit | 35.15 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 06/26/2020 | 2005424 | Amount Disbursed To Credit | 29.82 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 07/31/2020 | 2005490 | Amount Disbursed To Credit | 29.71 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 08/28/2020 | 2005565 | Amount Disbursed To Credit | 29.62 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 09/30/2020 | 2005624 | Amount Disbursed To Credit | 29.51 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 10/30/2020 | 2005689 | Amount Disbursed To Credit | 29.47 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 11/30/2020 | 2005762 | Amount Disbursed To Credit | 28.02 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 12/30/2020 | 2005837 | Amount Disbursed To Credit | 31.92 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 01/29/2021 | 2005910 | Amount Disbursed To Credit | 29.83 |
| 26 | WELLS FARGO BANK NA | 4/17 Limbo Payment | 02/26/2021 | 2005983 | Amount Disbursed To Credit | 19.63 |
| 26 | US BANK NA | 4/17 Limbo Payment | 03/31/2021 | 4156795 | Amount Disbursed To Credit | 39.70 |
| 26 | US BANK NA | 4/17 Limbo Payment | 04/30/2021 | 4158758 | Amount Disbursed To Credit | 29.53 |
| 26 | US BANK NA | 4/17 Limbo Payment | 05/28/2021 | 4160762 | Amount Disbursed To Credit | 29.44 |
| 26 | US BANK NA | 4/17 Limbo Payment | 06/30/2021 | 4162731 | Amount Disbursed To Credit | 29.34 |
| 26 | US BANK NA | 4/17 Limbo Payment | 07/30/2021 | 4164630 | Amount Disbursed To Credit | 29.68 |
| 26 | US BANK NA | 4/17 Limbo Payment | 08/31/2021 | 4166729 | Amount Disbursed To Credit | 225.30 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 09/28/2017 | 4056530 | Amount Disbursed To Credit | 212.17 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 10/31/2017 | 4059331 | Amount Disbursed To Credit | 216.39 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 11/30/2017 | 4062214 | Amount Disbursed To Credit | 215.72 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 12/28/2017 | 4064817 | Amount Disbursed To Credit | 217.64 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 01/31/2018 | 4067456 | Amount Disbursed To Credit | 211.82 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 02/28/2018 | 4069765 | Amount Disbursed To Credit | 341.73 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 03/29/2018 | 4072610 | Amount Disbursed To Credit | 426.18 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 04/30/2018 | 2003427 | Amount Disbursed To Credit | 424.76 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 05/31/2018 | 2003502 | Amount Disbursed To Credit | 418.42 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 06/28/2018 | 2003578 | Amount Disbursed To Credit | 417.19 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 07/31/2018 | 2003659 | Amount Disbursed To Credit | 415.76 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 08/30/2018 | 2003735 | Amount Disbursed To Credit | 414.45 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 09/27/2018 | 2003814 | Amount Disbursed To Credit | 423.04 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 10/31/2018 | 2003898 | Amount Disbursed To Credit | 421.57 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 11/29/2018 | 2003972 | Amount Disbursed To Credit | 400.07 |

Debtor 1  **William R Bilbruck**  
Name

Case number *(if known)*  **17-31197**

# History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 12/27/2018 | 2004039 | Amount Disbursed To Credit | 398.89 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 01/31/2019 | 2004116 | Amount Disbursed To Credit | 428.67 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 02/28/2019 | 2004187 | Amount Disbursed To Credit | 406.64 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 03/28/2019 | 2004262 | Amount Disbursed To Credit | 353.67 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 04/30/2019 | 2004338 | Amount Disbursed To Credit | 393.71 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 05/30/2019 | 2004415 | Amount Disbursed To Credit | 464.45 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 06/27/2019 | 2004506 | Amount Disbursed To Credit | 401.55 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 07/31/2019 | 2004586 | Amount Disbursed To Credit | 400.10 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 08/29/2019 | 2004669 | Amount Disbursed To Credit | 398.88 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 09/30/2019 | 2004741 | Amount Disbursed To Credit | 399.07 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 10/31/2019 | 2004822 | Amount Disbursed To Credit | 404.18 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 11/26/2019 | 2004899 | Amount Disbursed To Credit | 391.96 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 12/30/2019 | 2004970 | Amount Disbursed To Credit | 390.54 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 01/30/2020 | 2005042 | Amount Disbursed To Credit | 389.25 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 02/27/2020 | 2005120 | Amount Disbursed To Credit | 388.08 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 03/31/2020 | 2005195 | Amount Disbursed To Credit | 386.71 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 04/29/2020 | 2005270 | Amount Disbursed To Credit | 304.89 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 05/28/2020 | 2005345 | Amount Disbursed To Credit | 413.87 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 06/26/2020 | 2005424 | Amount Disbursed To Credit | 351.08 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 07/31/2020 | 2005490 | Amount Disbursed To Credit | 349.76 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 08/28/2020 | 2005565 | Amount Disbursed To Credit | 348.71 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 09/30/2020 | 2005624 | Amount Disbursed To Credit | 347.47 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 10/30/2020 | 2005689 | Amount Disbursed To Credit | 347.02 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 11/30/2020 | 2005762 | Amount Disbursed To Credit | 329.87 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 12/30/2020 | 2005837 | Amount Disbursed To Credit | 375.87 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 01/29/2021 | 2005910 | Amount Disbursed To Credit | 351.19 |
| 27 | WELLS FARGO BANK NA | 4/17 Mort Arrears | 02/26/2021 | 2005983 | Amount Disbursed To Credit | 231.09 |
| 27 | US BANK NA | 4/17 Mort Arrears | 03/31/2021 | 4156795 | Amount Disbursed To Credit | 467.49 |
| 27 | US BANK NA | 4/17 Mort Arrears | 04/30/2021 | 4158758 | Amount Disbursed To Credit | 347.75 |
| 27 | US BANK NA | 4/17 Mort Arrears | 05/28/2021 | 4160762 | Amount Disbursed To Credit | 346.69 |
| 27 | US BANK NA | 4/17 Mort Arrears | 06/30/2021 | 4162731 | Amount Disbursed To Credit | 345.44 |
| 27 | US BANK NA | 4/17 Mort Arrears | 07/30/2021 | 4164630 | Amount Disbursed To Credit | 349.46 |
| 27 | US BANK NA | 4/17 Mort Arrears | 08/31/2021 | 4166729 | Amount Disbursed To Credit | 2,652.80 |

**Total for Part 2 - b:**  **21,518.21**

Debtor 1  **William R Bilbruck**               Case number *(if known)* 17-31197
          Name

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Final Cure Payment** was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, September 23, 2021.

THE CREDITOR IS HEREBY NOTIFIED THAT AN APPROPRIATE RESPONSE MUST BE FILED NO LATER THAN 21 DAYS FROM THE DATE OF THIS NOTICE. ABSENT A TIMELY RESPONSE, AN ORDER DEEMING THE DEFAULT ON THE CLAIM HAS BEEN PAID IN FULL, AS WELL AS ANY AMOUNT(S) PROVIDED FOR THROUGH THE PLAN, WILL BE ENTERED BY THE COURT WITHOUT FURTHER HEARING.

William R Bilbruck  
Julie K Bilbruck  
1118 Buran Dr  
OFallon, IL  62269

DIXON AND JOHNSTON  
101 WEST MAIN ST  
BELLEVILLE, IL  62220

RUSHMORE LOAN MANAGEMENT SERVICES  
P. O. BOX 55004  
IRVINE, CA  92619-2708

US BANK NA  
C/O RUSHMORE LOAN MANAGEMENT SERVICES  
P. O. BOX 52708  
IRVINE, CA  92619